Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN OCHOA,<br><br>  Plaintiff,<br><br>  v.<br><br>GW PHARMACEUTICALS PLC, GEOFFREY GUY, JUSTIN GOVER, CABOT BROWN, DAVID GRYSKA, CATHERINE MACKEY, JAMES NOBLE, ALICIA SECOR, and WILLIAM WALDEGRAVE,<br><br>  Defendants. | Case No.  3:21-cv-00580-BAS-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Dylan Ochoa ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: April 19, 2021 | WEISSLAW LLP<br>Joel E. Elkins |
| | By: */s/ Joel E. Elkins* |
| **OF COUNSEL** | Joel E. Elkins<br>9100 Wilshire Blvd. #725 E.<br>Beverly Hills, CA 90210 |
| **BRAGAR EAGEL & SQUIRE, P.C.**<br>Alexandra B. Raymond<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019<br>Tel: (646) 860-9158<br>Fax: (212) 214-0506<br>Email: raymond@bespc.com | Telephone:  310/208-2800<br>Facsimile:  310/209-2348<br>          -and-<br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY  10036<br>Telephone: 212/682-3025<br>Facsimile:  212/682-3010 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL